IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLIANT CPA GROUP, LLC, individually and on behalf of a class of similarly situated businesses and individuals,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, CORP., BANK OF AMERICA, N.A., AMERIS BANK, BANK OZK, CADENCE BANCORPORATION, CADENCE BANK, N.A., CENTERSTATE BANK CORPORATION, CENTERSTATE BANK, N.A., NEWTON FEDERAL BANK, SYNOVUS BANK, TRUIST FINANCIAL CORP., TRUIST BANK, UNITED COMMUNITY BANK, INC., UNITED COMMUNITY BANK (GEORGIA), WELLS FARGO AND COMPANY, AND WELLS FARGO BANK, N.A.,<br><br>Defendants. | CIVIL ACTION FILE NUMBER<br><br>1:20-cv-02026-LMM |

**SYNOVUS BANK'S CERTIFICATE OF INTERESTED PERSONS
<u>AND CORPORATE DISCLOSURE STATEMENT</u>**

Synovus Bank, by counsel, hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3:

1. The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:[1]

    a. Alliant CPA Group, LLC.

    b. Synovus Bank. Synovus Bank is a subsidiary of Synovus Financial Corp., which is a publicly held company. No other publicly traded company owns 10% or more of the stock of defendant Synovus Bank.

    c. Bank of America, Corp.

    d. Bank of America, N.A.

    e. Ameris Bank

    f. Bank Ozk

    g. Cadence Bancorporation

---

[1] Undersigned counsel represents Synovus Bank and does not represent any other parties in this case. As a result, undersigned counsel are unable to provide information regarding "any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party" with respect to any party other than Synovus Bank.

    h.  Cadence Bank, N.A.

    i.  Centerstate Bank Corporation

    j.  Centerstate Bank, N.A.

    k.  Newton Federal Bank

    l.  Truist Financial Corp.

    m.  Truist Bank

    n.  United Community Bank, Inc.

    o.  United Community Bank, (Georgia)

    p.  Wells Fargo and Company

    q.  Wells Fargo Bank, N.A.

    2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    Counsel is not aware of any other entities or persons, other than those identified herein, that have a financial interest that could be substantially affected by the outcome of this case.

    3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. For Defendant Synovus Bank:

        Paul J. Nathanson, Antonio M. Haynes – Davis Polk & Wardwell LLP

        James E. Butler, Jr., Ramsey B. Prather – Butler Wooten & Peak LLP

    b. For Plaintiff Alliant CPA Group:

        James F. McDonough III, W. Lewis Garrison, Jr. – Heninger Garrison Davis, LLC

        Mark J. Geragos, Ben J. Meiselas, Matthew M. Hoesly – Geragos & Geragos, APC

        Michael E. Adler – Graylaw Group, Inc.

        Harmeet K. Dhillon, Nitoj P. Singh – Dhillon Law Group Inc.

*(signature on following page)*

BY: /s/ Ramsey B. Prather
**BUTLER WOOTEN & PEAK LLP**
JAMES E. BUTLER, JR.
jim@butlerwooten.com
Georgia Bar No. 099625
RAMSEY B. PRATHER
ramsey@butlerwooten.com
Georgia Bar No. 658395
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 321-1713 Fax

**DAVIS POLK & WARDWELL LLP**
PAUL J. NATHANSON
paul.nathanson@davispolk.com
District of Columbia Bar No. 982269
901 15th Street NW
Washington, DC 20005
(202) 962-7055

ANTONIO M. HAYNES
antonio.haynes@davispolk.com
New York Bar No. 5151816
450 Lexington Avenue
New York, NY 10017
(212) 450-3109

*Attorneys for Defendant Synovus Bank*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

/s/ Ramsey B. Prather
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
RAMSEY B. PRATHER
  ramsey@butlerwooten.com
  Georgia Bar No. 658395
Butler Wooten & Peak LLP
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 321-1713

## CERTIFICATE OF SERVICE

This is to certify that on May 27, 2020, I electronically filed SYNOVUS BANK'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James F. McDonough, III
GA Bar No.: 117088
jmcdonough@hgdlawfirm.com
Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339

W. Lewis Garrison, Jr.
GA Bar No.: 286815
lewis@hgdlawfirm.com
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, Alabama 35203

Mark J. Geragos
Ben J. Meiselas
Matthew M. Hoesly
Geragos & Geragos, APC
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

/s/  Ramsey B. Prather
RAMSEY B. PRATHER
  ramsey@butlerwooten.com
  Georgia Bar No. 658395
Butler Wooten & Peak LLP
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 321-1713 Fax