# ADAMS AND REESE LLP

**Attorneys at Law**
Alabama
Florida
**Georgia**
Louisiana
Mississippi
South Carolina
Tennessee
Texas
Washington, DC

John A. Thomson, Jr.
Special Counsel
Direct: 470.427.3706
E-Fax: 470.427.3680
john.thomson@arlaw.com

September 17, 2020

Hon. Michael L. Brown
United States Courthouse
Richard B. Russell Federal Building
1942 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: Leave of Absence
Alliant CPA Group, LLC v. Bank of America, Corp., et al
Civil Action File No. 1:20-CV-02026-MLB

Dear Judge Brown:

The undersigned is counsel for the Defendant Bank OZK in the above-referenced civil action. Pursuant to Local Rule 83.1E(3), I respectfully request a leave of absence for the following dates:

- October 2, 2020 – October 12, 2020. The purpose of the leave is a personal vacation wherein I will be away from my law practice.

I request that no hearings, trials, conferences or other appearances be calendared during this time frame.

Thank you for your consideration of this matter.

Very Truly Yours,
ADAMS AND REESE LLP

John A. Thomson, Jr.

JAT/lms

cc: Benjamin J. Meiselas, Esq.
Harmeet K. Dhillon, Esq.
James F. McDonough, III, Esq.
Mark J. Geragos, Esq.
Matthew M. Hoesly, Esq.
Michael E. Adler, Esq.
Nitoj P. Singh, Esq.
W. Lewis Garrison, Jr.
Jonathan R. Miller, Esq.