# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALLIANT CPA GROUP, LLC, individually and on behalf of a class of similarly situated businesses and individuals, <br><br> Plaintiff, <br><br> v. <br><br> BANK OZK, CADENCE BANK, N.A., NEWTON FEDERAL BANK, <br><br> Defendants. | Case No. 1:20-cv-02026-MLB <br><br> **Judge Michael L. Brown** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff ALLIANT CPA GROUP, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that the above-captioned action is voluntarily dismissed, <u>WITHOUT PREJUDICE</u>, against Defendant BANK OZK who has not filed an Answer to the operative Complaint nor filed a Motion for Summary Judgment in this matter.

DATED: November 9, 2020     /s/ James F. McDonough, III
**HENINGER GARRISON DAVIS, LLC**
James F. McDonough, III (GA 117088)
    jmcdonough@hgdlawfirm.com
Jonathan R. Miller (GA 507179)
    jmiller@hgdlawfirm.com
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0869, -0863
Facsimile: (205) 326-3332, -5506

**HENINGER GARRISON DAVIS, LLC**
W. Lewis Garrison, Jr. (GA 286815)
    lewis@hgdlawfirm.com
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332

**GERAGOS & GERAGOS, APC**
Mark J. Geragos*
Ben J. Meiselas**
Matthew M. Hoesly**
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255
Email: mark@geragos.com
Email: ben@geragos.com

**GRAYLAW GROUP, INC.**
Michael E. Adler*
26500 Agoura Road, #102-127
Calabasas, California 91302
Telephone: (818) 532-2833
Facsimile: (818) 532-2834
Email: MEAdler@graylawinc.com

                **DHILLON LAW GROUP INC.**
                Harmeet K. Dhillon*
                Nitoj P. Singh*
                177 Post St., Suite 700
                San Francisco, California 94108
                Telephone: (415) 433-1700
                Facsimile: (415) 520-6593
                Email: harmeet@dhillonlaw.com
                Email: nsingh@dhillonlaw.com

                *Attorneys for Plaintiff and the Proposed Class*

\* *admitted Pro Hac Vice*
\*\* *Admission Pro Hac Vice anticipated*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to Local Rule 7.1(D), I certify that the foregoing complies with Local Rule 5.1 as it was prepared using Times New Roman 14-point font and is double-spaced.

Dated: November 9, 2020 　　　　　　　　*/s/ James F. McDonough, III*
　　　　　　　　　　　　　　　　　　　　James F. McDonough, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing document to be electronically-filed with the Clerk of Court using this Court's CM/ECF system, which caused it to be served this day on all counsel of record who have consented to receive electronic service.

Dated: November 9, 2020 　　　　　　　　*/s/ James F. McDonough, III*
　　　　　　　　　　　　　　　　　　　　James F. McDonough, III